UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CR-20959-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YUDYS STELLA PORRAS PENA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Chris McAliley on March 29, 2018 [ECF No. 16]. Judge McAliley issued a Report and Recommendation [ECF No. 25] on April 18, 2018, recommending that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation. No objections have been filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation **[ECF No. 25]** of U.S. Magistrate Judge Chris McAliley is hereby adopted and approved in its entirety. The **Defendant Yudys Stella Porras Pena** is adjudged guilty as to the offense charged in Count 1 of the Indictment.

DONE AND ORDERED in Chambers in Miami, Florida, this 7th day of May, 2018.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record